COMMONWEALTH of Pennsylvania,
Respondent

v.

Gregorio TORO, III, Petitioner.

Supreme Court of Pennsylvania.

March 12, 2014.

## ORDER

PER CURIAM.

**AND NOW,** this 12th day of March, 2014, the Petition for Allowance of Appeal is **GRANTED.** The issue is:

Whether Superior Court erred because it affirmed the PCRA court but for different reasons; namely, that the [p]etition was untimely and this determination was made *sua sponte* by the Superior Court but is erroneous because the issues being adjudicated were raised in a timely PCRA but subsequent PCRA's [sic] were filed for procedural defects of the Common Pleas Court or abandonment by prior PCRA counsel?

discretion or error of law controlling the outcome of the case. Error in a charge is sufficient ground for a new trial if the charge as a whole is inadequate or not clear or has a tendency to mislead or confuse rather than clarify a material issue.... In reviewing a trial court's charge to the jury[,] we must look to the charge in its entirety.
*Quinby v. Plumsteadville Family Practice, Inc.,* 589 Pa. 183, 907 A.2d 1061, 1069–70 (2006) (internal citations omitted).